## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

EVOLVED WIRELESS, LLC,      )
         )
    Plaintiff,       )
         )
    v.         )
         )   Case No. 2018-cv-25116-DPG
BLU PRODUCTS, INC.      )
         )
    Defendant.     )

### JOINT STIPULATION AND NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Evolved Wireless, LLC and Defendant Blu Products, Inc., parties to the above-styled action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal WITHOUT PREJUDICE of all claims and counterclaims asserted herein against all parties.

Each party will bear its own costs and attorneys' fees incurred in connection with this action.

*Joint Stipulation and Order for Dismissal*
*CASE NO.: 2018-cv-25116-DPG*

Dated: April 23, 2019

**By:**

*/s/ Etan Mark, Esq.*
**Etan Mark, Esq.**
Florida Bar No. 720852
etan@markmigdal.com
**Josh A. Migdal, Esq.**
Florida Bar No. 19136
josh@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33131
Telephone: (305) 374-0440

*Co-Counsel for Plaintiff Evolved Wireless, LLC*

*/s/ Ryan M. Schultz, Esq.*
**Ryan M. Schultz, Esq.**
rschultz@RobinsKaplan.com
ROBINS KAPLAN
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

*Co-Counsel for Plaintiff, Evolved Wireless, LLC*
Admitted *Pro Hac Vice*

*/s/Bernard L. Egozi, Esq.*
**Bernard L. Egozi, Esq.**
Florida Bar No. 152544
begozi@egozilaw.com
**Yanina Zilberman, Esq.**
Florida Bar No. 105665
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendant, BLU Products, Inc.*